No. 91–1843.  NELSON *v.* UNIVERSITY OF ALABAMA SYSTEM ET AL., *ante,* p. 818.  Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Petition for rehearing denied.

No. 91–8615.  TOLBERT *v.* KEMP, CHAIRMAN, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *ante,* p. 906.  Petition for rehearing denied.  JUSTICE THOMAS took no part in the consideration or decision of this petition.

## DECEMBER 7, 1992

No. 92–531.  HATCHER *v.* VALCARCEL.  C. A. 3d Cir.  [Certiorari granted, *ante,* p. 984.]  Writ of certiorari dismissed under this Court's Rule 46.1.

No. 92–586.  FUND FOR ACCURATE AND INFORMED REPRESENTATION, INC., ET AL. *v.* WEPRIN ET AL.  Affirmed on appeal from D. C. N. D. N. Y.  JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. — – —.  NGENE-IGWE *v.* IOWA STATE UNIVERSITY ET AL.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–313.  LOVETT *v.* UNITED STATES.  C. A. 10th Cir.  Application for stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. D–1170.  IN RE DISBARMENT OF SANDBERG.  Disbarment entered.  [For earlier order herein, see *ante,* p. 912.]

No. D–1171.  IN RE DISBARMENT OF SIMON.  Disbarment entered.  [For earlier order herein, see *ante,* p. 912.]